AUGUSTANA PENSION AND AID FUND ET AL., APPELLEES, V. FREDERICK H. CARLSON, APPELLANT.

FILED JUNE 12, 1930. No. 27332.

*Richard Steele,* for appellant.

*Frank P. Voter* and *J. F. Green, contra.*

Heard before GOSS, C. J., ROSE, DEAN, GOOD, THOMPSON, EBERLY and DAY, JJ.

PER CURIAM.

This is an appeal by defendant Frederick H. Carlson from a judgment of the district court for Knox county

confirming a judicial sale under a mortgage foreclosure.

We have carefully examined the record and find the same to be free from prejudicial error. The judgment of the district court is therefore

AFFIRMED.